CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 18, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TARUN KUMAR VYAS,<br>Plaintiff, | ) | Civil Action No. 7:23-cv-00738 |
| v. | ) | |
| SHERIFF BRYAN HUTCHENSON, *et al.*,<br>Defendants. | ) | By: Elizabeth K. Dillon<br>Chief United States District Judge |

**MEMORANDUM OPINION AND ORDER**

On March 30, 2026, the court issued an order addressing various motions filed by the plaintiff, Tarun Kumar Vyas. (Dkt. No. 233.) In pertinent part, the court denied Vyas' motion to reconsider orders that dismissed all but one defendant in this case. As to the remaining defendant, the court ordered that plaintiff "has 30 days from the date of this order to comply with the court's order directing him to show cause why the claims against defendant Lauren Shenk should not be dismissed for failure to exhaust administrative remedies." (*Id.* at 8.) Plaintiff has not complied with this order.

On April 6, 2026, Vyas appealed the March 30 order and filed a motion to stay pending the resolution of that appeal. (Dkt. Nos. 236, 237.) Vyas also filed a motion for the preparation of transcripts at government expense (Dkt. No. 241) and a motion to publish transcripts without redactions (Dkt. No. 249). Vyas' appeal has now been dismissed by the Fourth Circuit Court of Appeals. (Dkt. Nos. 255, 256, 260.) Accordingly, these motions (Dkt. Nos. 236, 237, 241, 249) will be dismissed as moot.[1]

[1] With respect to transcripts, the court notes that defendants requested the preparation of a transcript for the appeal. (Dkt. Nos. 245–47.) Also, the court's notice regarding redaction of transcripts provided seven days to file a notice of intent to request redaction, and if no notice is filed, the transcript would be made remotely electronically available to the public without redaction within 90 calendar days. (Dkt. No. 248.)

Vyas has also filed motions for relief from judgment with respect to the court's order of September 29, 2025. (Dkt. Nos. 243, 244.) Vyas has since moved to withdraw those motions. (Dkt. Nos. 251, 252.)

Finally, the court notes the pendency of two additional motions filed by Vyas. First, Vyas filed a motion to "grant fundamentally fair judgments." (Dkt. No. 254.) The court construes this motion as for reconsideration of an interlocutory order or orders. *See* Fed. R. Civ. P. 54(b). Second, Vyas filed a motion to enter a final appealable order. (Dkt. No. 257.) The court will direct the defendants to respond to both motions. The court will also reiterate its direction for Vyas to show cause why the claims against defendant Lauren Shenk should not be dismissed for failure to exhaust administrative remedies.

Accordingly, it is HEREBY ORDERED that Vyas' motions to stay (Dkt. No. 237), for preparation of a transcript at government expense (Dkt. No. 241), and to publish the transcript without redactions (Dkt. No. 249) are DENIED without prejudice as moot. Vyas' motions to withdraw (Dkt. Nos. 251, 252) are GRANTED, and Vyas' motions for relief from judgment (Dkt. Nos. 243, 244) are DISMISSED as moot.

It is FURTHER ORDERED that defendants shall respond to plaintiff's motions (Dkt. Nos. 254, 257) within 30 days of this order. Vyas has 30 days from the date this order is entered to comply with the court's order directing him to show cause why the claims against defendant Lauren Shenk should not be dismissed for failure to exhaust administrative remedies.

The Clerk is directed to transmit a copy of this order to Vyas and to all counsel of record.

Entered: August 18, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge